IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Hennig, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.________________ |
| v. | ) | |
| | ) | Honorable Judge |
| Power Solutions International, Inc., | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, Hennig, Inc. ("Hennig"), by its attorneys, McGreevy Williams, P.C. states as follows for its Complaint against Power Solutions International, Inc. ("PSI"):

## JURISDICTION AND VENUE

1. This Court has jurisdiction of this action pursuant to 28 USC §1332 on the basis of diversity of citizenship in that the Plaintiff and the Defendant are citizens of different states and the amount in controversy exceeds $75,000.00, to wit:

A. Hennig is a corporation organized and existing under the laws of the state of Illinois; and

B. PSI is a corporation organized and existing under the laws of the state of Delaware.

2. As to the amount in controversy, as of the date of the filing of this action, Hennig is seeking the sum of $113,531.00, plus continuing storage fees in the amount of $150.00 per week, plus interest, plus attorney's fees and costs, all in connection with PSI's

failure and refusal to take possession of and to pay for the specially manufactured goods referenced below.

3, Venue is appropriate in this District and this District in that the events and omissions giving rise to the cause of action occurred in this District and this Division.

**ALLEGATIONS**

1. Hennig is an Illinois corporation with its principal place of business located at 9900 North Alpine Road, Machesney Park, Illinois 61115.

2. PSI is a Delaware corporation with its principal place of business located at 201 Mittel Drive, Wood Dale, Illinois 60191.

3. On June 30, 2015, Hennig issued to PSI its sales order confirmation for the sale of specially manufactured goods and engineering services consisting of an enclosure for a spindle honing machine in the amount of $63,440.00, an enclosure for a spindle micro sizing machine in the amount of $50,091.00, and engineering services in the amount of $7,500.00, for a total of $121,031.00. A true and correct copy of Hennig's Sales Order Confirmation is attached hereto as Exhibit A.

4. PSI has paid Hennig the $7,500.00 for the engineering services.

5. The delivery date for the enclosures was set as September 27, 2016, and PSI's representative, Bruce Fleisher, contacted Hennig numerous times prior to that date to demand that they be completed and ready for delivery on that date.

6. Hennig completed the fabrication of the enclosures and alerted PSI that the machines were complete and ready for delivery. On October 31, 2016, Hennig sent PSI its invoice in the amount of $113,531.00, a true and correct copy of which is attached hereto as Exhibit B.

7. Notwithstanding Hennig's completion of the enclosures and its request that PSI take delivery and pay for the same, PSI has failed and refused to accept delivery of the enclosures or to pay for the same.

8. On January 9, 2017, Hennig notified PSI that storage fees would be assessed at $150.00 per week to compensate Hennig for the space the enclosures were occupying at Hennig's facility. Hennig has assessed PSI's storage fees for the weeks ending January 20, 2017 to the week ending March 24, 2017 in the total amount of $1,500.00.

9. The enclosures at issue are specially manufactured goods which were engineered and fabricated to meet PSI's specialized size and functional requirements. Therefore, Hennig has no market or use for the goods.

10. Pursuant to Hennig's terms and conditions, PSI is liable for Hennig's costs of collection, including Hennig's attorney's fees and costs.

11. As of the date of the filing of this Complaint, PSI is indebted to Hennig in the amount of $113,531.00 for the enclosures, storage fees in the amount of $1,500.00 plus $150.00 a week for storage fees after March 24, 2017, plus interest, costs and the costs of collection including reasonable attorney's fees.

WHEREFORE, Hennig, Inc. prays the Court for the entry of judgment in its favor and against Power Solutions International, Inc. in the amount of $113,531.00, plus storage fees in the amount of $1,500.00 plus continuing storage fees in the amount of $150.00 a week

from and after March 24, 2017, plus interest, plus costs, plus its attorney's fees and such other relief as the Court deems just and proper.

Hennig, Inc.,
Plaintiff

BY: McGreevy Williams, P.C.

BY: /s/ Donald Q. Manning
One of Its Attorneys

## CERTIFICATE OF LAWYER AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On May 5, 2017, Complaint and Summons were electronically filed with the District Court Clerk via CM/ECF filing system.

2. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned further certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

Donald Q. Manning ARDC #6194638
McGreevy Williams, P.C.
6735 Vistagreen Way
Rockford, IL 61107
(815) 639-3700
(815) 639-9400 (fax)